## GAY RIGHTS COALITION OF GEORGETOWN UNIVERSITY, et al., Appellants, District of Columbia, Intervenor-Appellant,

### v.

## GEORGETOWN UNIVERSITY, et al., Appellees.

### Nos. 84-50, 84-51.

District of Columbia Court of Appeals.

Argued Oct. 24, 1984.

Decided July 30, 1985.

Before PRYOR, Chief Judge, NEBEKER, MACK, NEWMAN, FERREN, BELSON, TERRY, and ROGERS,[*] Associate Judges.

### ORDER

PER CURIAM.

It is ORDERED by the court *en banc, sua sponte,* that the opinions of the division of this court filed herein this date, 496 A.2d 567, are hereby vacated, and it is

FURTHER ORDERED, *sua sponte,* that these cases shall be reheard before the court sitting *en banc* on such day after the filing of supplemental briefs as the business of the court will permit.

Counsel for appellants and intervenor may file supplemental briefs within 40 days from the date of this order; counsel for appellees may file a supplemental brief within 30 days from the service date of appellants' or intervenor's brief, whichever is later; and counsel for appellants and intervenor may file reply briefs within 14 days from the service date of appellees' brief.

Counsel shall file eight copies of each supplemental brief, as well as eight copies of the original briefs, for use by the *en banc* court.